# Jared J. Scharf

Attorney at Law
1025 Westchester Avenue
White Plains, New York 10604
914-682-9777

March 28, 2018

Catherine O'Hagan Wolfe
Chief Clerk
United States Cout of Appeals
Second Circuit
40 Foley Square
New York, New York 10007

                Re:  United States v. Samuel Gentle
                     U.S. Court of Appeals Docket No. 16-4020

Dear Ms. Wolfe:

      I respectfully request that this letter be directed to the attention of the panel deciding this case, pursuant to Rule 28(j), Federal Rules of Appellate Procedure.

      The government informed me that last week the United States Supreme Court reversed a decision of this court. *United States* v. *Marinello*, 2018 WL 1402426 (March 21, 2018). The Supreme Court held that in order to convict a defendant of violating the Omnibus Clause of Title 26 United States Code Section 7212(a), the government must prove, and the court must instruct the jury, that the defendant obstructed or impeded a particular administrative proceeding, such as an investigation or an audit that concentrated on a known individual (i.e., the defendant).

      In its letter to the court today, the government joins in Mr. Gentle's argument that Count One of the present conviction should be reversed. (Actually, we argued only that a portion of the conviction should be reversed.) The government also requests that this court affirm the conviction on the other 38 counts and remand to the District Court for resentencing on "the remaining counts." We did not argue that the remaining 38 counts should be reversed. Accordingly, there is no need to affirm those convictions or to resentence Mr. Gentle on those counts. We request that this court reverse the conviction on Count One and vacate the sentence on that count. No remand is necessary.

      Aside from the reversal on the basis of *Marinello*, we also respectfully request that the court consider our appeal on the merits and, if indicated, reverse also on the basis of the issues we raised in our briefs.

                                                  Respectfully submitted,

                                                  Jared J. Scharf
                                                  Attorney for Samuel Gentle

Catherine O'Hagan Wolfe
March 28, 2018                Page 2



cc: Jennifer Beidel, Esq.  (by ECF and regular mail)